1  J. Daniel Campbell, Bar No. 005395
   Ellen B. Davis, Bar No. 013806
2  **O'CONNOR & CAMPBELL, P.C.**
3  7955 South Priest Drive
   Tempe, Arizona 85284
4  dan.campbell@occlaw.com
5  ellen.davis@occlaw.com
   (602) 241-7000
6  Attorneys for Skyline Steel Inc., Rick Dancer, Tina Dancer and
7  Mark Bormann

8              **IN THE UNITED STATES DISTRICT COURT**

9                **FOR THE DISTRICT OF ARIZONA**

10 Oscar Holguin; Adrian Dorantes-Meza;   Case No.:
11 Cesar Hernandez Castillo; and Jesse
   Murato, individually and on behalf of
12 all others similarly situated,

13            Plaintiffs,

14                                          **NOTICE OF REMOVAL**
   vs.
15

16 Skyline Steel, Inc.; Rick Dancer and
   Tina Dancer, husband and wife; Mark
17 Bormann and Jane Doe Bormann,
   husband and wife,
18

19            Defendants.

20 ─────────────────────────────

21    **To the Clerk of the United States District Court for the District of**

22 **Arizona:**

23      Please take Notice that pursuant to 28 U.S.C. §§ 1331, 1441(a) and 1446

24 and Rule 3.6 of the Local Rules of Civil Procedure for the United States District

25 Court for the District of Arizona, Defendants SKYLINE STEEL INC. ("Skyline"),

26 RICK DANCER and TINA DANCER and MARK BORMANN, hereby remove this

1  action from the Superior Court of the State of Arizona, in and for the County of
2  Maricopa, Case Number CV2019-008110, to the United States District Court in
3  and for the District of Arizona, and respectfully submit the following statement on
4  the grounds for removal:

5      1.    Plaintiff filed a COLLECTIVE AND CLASS ACTION COMPLAINT
6  AND DEMAND FOR JURY TRIAL in the Superior Court of Arizona in and for
7  Maricopa County, on or about June 6, 2019, which is within the United States
8  District for the District of Arizona, against Defendants SKYLINE STEEL INC.
9  ("Skyline"), RICK DANCER and TINA DANCER, husband and wife, and MARK
10 BORMANN and Jane Doe Bormann.  A copy of Plaintiffs' Complaint is attached
11 as **Exhibit 1**.

12     2.    The amount in controversy is believed to be in excess of $75,000,
13 exclusive of interests and costs, as evidenced by the certificate of compulsory
14 arbitration that Plaintiffs filed in the Maricopa County Superior Court attached
15 hereto as **Exhibit 2**.

16     3.    Plaintiffs served a copy of their Complaint on Skyline on June 7,
17 2019.  Defendants Rick and Tina Dancer were served on June 8, 2019. Copies
18 of the affidavits of service are attached hereto as **Exhibit 3**.  Defendant Bormann
19 has not yet been served.   Jane Doe Bormann does not exist and was
20 erroneously named.

21     4.    Defendants have not yet answered or moved with respect to the
22 Complaint in the Superior Court.   Plaintiffs also filed a demand for a jury trial,
23 attached hereto as **Exhibit 4**, and a Notice of Opt-In for an additional Plaintiff,
24 attached as **Exhibit 5**.  Nothing else have been filed in the case.  No motion is
25 pending.  A copy of the current on-line docket is attached hereto as **Exhibit 6.**

26

5.   This Court has original jurisdiction over this action, pursuant to 28 U.S.C. § 1331.   Plaintiffs' complaint raises federal questions.   Count 1, alleges violations of the Federal Labor Standards Act ("FLSA"), 29 U.S.C. § 203(d). Plaintiffs also claim to be entitled to far ranging injunctive relief and orders under FLSA.

6.   Because this civil action rises under the laws of the United States, this action may be removed by Defendants pursuant to 28 U.S.C. § 1441.

7.   Defendants simultaneously filed copy of this Notice for Removal with the Clerk of the Superior Court in and for Maricopa County.

8.   THEREFORE, Defendant removes this action from the Superior Court of Arizona in and for Maricopa County to the United States District Court for the District of Arizona.

DATED: July 1, 2019.

**O'CONNOR & CAMPBELL, P.C.**

By:*/s/J. Daniel Campbell*
       J. Daniel Campbell
       Ellen B. Davis
       Attorneys for Defendants
       Skyline Steel Inc., Rick Dancer,
       Tina Dancer and Mark Bormann

1
2
3
4

<u>CERTIFICATE OF FILING</u>

5
6

      I hereby certify that on July 1, 2019, I electronically transmitted the attached document to the Clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following registrants:

7
8
9
10
11

Nicholas J. Enoch
Stanley Lubin
Corey R. Feltre
LUBIN & ENOCH, P.C.
349 N. Fourth Avenue
Phoenix, AZ 85003
Attorneys for Plaintiffs

12
13

By: */s/Karen Larson*

14
15
16
17
18
19
20
21
22
23
24
25
26