**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Oscar Holguin, et al., | **NO. CV-19-04609-PHX-GMS** |
| Plaintiffs, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| Skyline Steel Incorporated, et al., | |
| Defendants. | |

Pursuant to Plaintiff having accepted Defendant Skyline Steel Incorporated's offer of judgment, judgment is hereby entered against Defendant Skyline Steel Incorporated as to opt-in Plaintiff Antonio Solis in the amount of $4,865.27.

Debra D. Lucas
District Court Executive/Clerk of Court

October 16, 2020

By   s/ D. Draper
     Deputy Clerk