1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Oscar Holguin, et al., | No. CV-19-04609-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| Skyline Steel Incorporated, et al., | |
| Defendants. | |

Upon the parties' Motion and Stipulation for Dismissal with Prejudice re Claims of Plaintiffs Adrian Dorantes-Meza, Cesar Hernandez Castillo and Jesse Muruato (Doc. 69), and good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Motion and Stipulation for Dismissal (Doc. 69). All claims of Plaintiffs Adrian Dorantes-Meza, Cesar Hernandez Castillo and Jesse Muruato are dismissed with prejudice as of the date of this order.

Dated this 11th day of January, 2021.

G. Murray Snow
Chief United States District Judge